IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GEORGE ALLAN WEST                                              PLAINTIFF

        v.                           Civil No. 06-2050

DANNY LEE BAKER; and
EDWARD SMALLEY                                       DEFENDANTS

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

George Allan West filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 2, 2006. He proceeds pro se and *in forma pauperis.*

On August 25, 2006, the defendants filed a motion for summary judgment (Doc. 14). On October 17, 2006, the plaintiff responded to the motion for summary judgment (Doc. 16).

On November 30, 2006, West filed a motion to dismiss the case (Doc. 18). He indicates he no longer desires to proceed with the case. I recommend that the motion to dismiss be granted and this action be dismissed with prejudice.

**The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 13th day of December 2006.

                                                        /s/ Beverly Stites Jones
                                                        UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)