```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

GEORGE ALLAN WEST                                          PLAINTIFF

    v.                    No. 06-2050

DANNY LEE BAKER and
EDWARD SMALLEY                                             DEFENDANTS

## O R D E R

Now on this 9th day of January 2006, there comes on for consideration the report and recommendation filed herein on December 13, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 19). No objections to the report and recommendation have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's motion to dismiss the case (doc. 18) is GRANTED and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge